# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GEORGE KAITHOVAL APPIL LOUIS,<br><br>    Defendant. | No. 85-CR-15-CJW<br><br>**ORDER** |

The matter before the Court is the government's Motion to Dismiss Indictment (Doc. 4), which the government filed on October 17, 2018. Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). "[T]he district court may deny leave to dismiss . . . when dismissal is clearly contrary to the manifest public interest" or under certain other circumstances not at issue here. *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). In this case, the Court finds that dismissal is not clearly contrary to the manifest public interest. *See id*. at 1013-14 (finding that dismissal is contrary to the manifest public interest when the prosecutor acts in bad faith or has other improper motives). Accordingly, the Motion to Dismiss Indictment is **granted**. The Indictment (Doc.1) is **dismissed without prejudice**. The Arrest Warrant (Doc. 2) is hereby **quashed**.

**IT IS SO ORDERED** this 22nd day of October, 2018.

_____
C.J. Williams
United States District Judge
Northern District of Iowa